IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Salvania

Printed: 9/23/08

Case Number: 08 B 03664
Judge: Hollis, Pamela S
Filed: 2/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 16, 2008
Confirmed: April 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,464.00 |  |
| Secured: |  | 100.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,268.84 |
| Trustee Fee: |  | 95.16 |
| Other Funds: |  | 0.00 |
| Totals: | 1,464.00 | 1,464.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 1,268.84 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 323.44 | 100.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 6,420.09 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 9,458.23 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 166.94 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,728.51 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 65.25 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 1,905.04 | 0.00 |
| 10. | Providian | Unsecured | 5,865.74 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,820.39 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 318.62 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 3,046.57 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 1,217.87 | 0.00 |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | American Home Shield | Unsecured |  | No Claim Filed |
| 17. | Wfnnb/Metro Style | Unsecured |  | No Claim Filed |
| 18. | Hinckley Springs | Unsecured |  | No Claim Filed |
| 19. | JP Morgan Chase Bank | Unsecured |  | No Claim Filed |
| 20. | DS Waters Of North America | Unsecured |  | No Claim Filed |
| 21. | SBC | Unsecured |  | No Claim Filed |
| 22. | Household Automotive Finance Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 35,336.69 | $ 1,368.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jackson, Salvania

Printed: 9/23/08

Case Number: 08 B 03664
Judge: Hollis, Pamela S
Filed: 2/18/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 95.16 |
| | _____ |
| | $ 95.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

